IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION


U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY - 9 2013
CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | | |
|---|---|---|
| FRANCES MILLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:13-CV-098-A |
| | § | |
| EDWARD SLOAN & ASSOCIATES, | § | |
| | § | |
| Defendant. | § | |

O R D E R

On May 8, 2013, defendant, Edward Sloan & Associates, filed a document entitled, "Answer Regarding Civil Action No. 4-13CV-98-A." However, the court notes that the document fails to comply with the Federal Rules of Civil Procedure and the Local Civil Rules of this court, and the court has identified the following defects in the form of the document:

1. The document must be in proper form. See LR 10.1.

2. The signature of the attorney of record or the party proceeding pro se is required on each document filed. See Fed. R. Civ. P. 11.

In addition, the court notes that defendant appears to be a business entity, not a natural person, and appears to be without counsel. It is well-established that entities such as defendant may not appear in federal court unless represented by a licensed attorney. Rowland v. Calif. Men's Colony, 506 U.S. 194, 202 (1993); Memon v. Allied Domecq QSR, 385 F.3d 871, 873 (5th Cir. 2004). If defendant wishes to proceed in defending this action,

it must cause an attorney who is authorized to practice before this court to enter an appearance in this action on its behalf.

Therefore,

The court ORDERS that the above-described document be, and is hereby, unfiled and stricken from the record of the above-captioned action, and the clerk is directed to note on the docket the unfiling of such document.

SIGNED May 9, 2013.

_____
JOHN McBRYDE
United States District Judge